IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No: 1:20-cv-00419<br>MDL No. 2570 |

This Documents Relates to Plaintiff(s):
PHILIP COLE

Civil Case No. 1:20-cv-00419

## MOTION TO SUBSTITUTE PARTY PLAINTIFF AND FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

COMES NOW, Plaintiff Philip Cole and files this motion to substitute his surviving mother, Debra Wilson, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support therefore, Plaintiff respectfully shows the court the following:

1. Plaintiff Philip Cole filed the present action in the United States District Court of the Southern District of Indiana on February 05, 2020.

2. Plaintiff Philip Cole died on or about May 16, 2023

3. On August 22, 2024, Plaintiff filed a suggestion of death pursuant to Federal Rule of Civil Procedure 25(a). See Doc. No. 25937. Plaintiff's counsel recently learned of the death of Mr. Cole after contacting his mother.

4. Debra Wilson, surviving mother of Philip Cole, is the proper party plaintiff to substitute for Plaintiff-decedent Philip Cole and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(1), stating, "[i]f a party dies, and the claim is not extinguished, the court may order substitution of the proper party. A

motion for substitution may be made by any party or by the decedent's successor or representative."

5. Plaintiff thus moves to substitute Debra Wilson, as the personal representative of the Estate of Philip Cole, deceased, as Plaintiff in the present action.

6. Plaintiff also moves to amend the Complaint, as well as the caption of the Complaint, to correct the proper Plaintiffs (specifically Debra Wilson, as personal representatives of the Estate of Philip Cole, deceased) and to update and include information, allegations, and actions within the Complaint to reflect that Plaintiff Philip Cole is now deceased.

7. A proposed First Amended Short Form Complaint is attached hereto as Exhibit A.

8. Pursuant to Federal Rules of Civil Procedure 15(a)(2), a party may amend its pleading only with the opposing party's written consent or the Court's leave. The Court should freely give leave when justice so requires.

WHEREFORE, counsel for Plaintiff requests this Court for the following relief (1) the Court substitute Debra Wilson as the personal representative of the Estate of Philip Cole, deceased, as Party Plaintiff for Philip Cole; (2) the Court grant leave to file the attached First Amended Short Form Complaint; Case 1:20-cv-00419 and (3) the Court deem the attached First Amended Short Form Complaint filed instanter. A proposed Order is attached hereto as Exhibit B.

Date: August 22, 2024

Johnson Law Group

/s/Basil Adham
Basil E. Adham, TX Bar No. 2408172
2925 Richmond Avenue, Suite 1700
Houston, TX 77098
Telephone: (713) 626-9336
Fax: (713) 583-9460
Email: IVC@johnsonlawgroup.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on August 22, 2024, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                /s/Basil Adham_____